USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                           :
FLOR MARIA REYNOSO RODRIGUEZ,      :
                      Plaintiff,     :
                                 :    16 Civ. 2076 (LGS)
          -against-                  :
                                 :    **ORDER**
COMMISSIONER OF SOCIAL SECURITY,   :
                      Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 16, 2017, Magistrate Judge Moses issued a Report and Recommendation to dismiss Plaintiff's complaint because it is untimely;

WHEREAS, no timely objection was filed;

WHEREAS, the Report and Recommendation is not "clearly erroneous or contrary to law," *see* Federal Rule of Civil Procedure 72(a). It is hereby

**ORDERED** that the Report and Recommendation is adopted. For the reasons stated in the Report and Recommendation, Defendant's motion to dismiss the complaint is GRANTED.

The Clerk of Court is respectfully directed to close the case and all pending motions, and to mail a copy of the Order to the pro se Plaintiff.

Dated: December 11, 2017
       New York, New York

                                              LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE